IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES GORDON LEONARD | § | |
| VS. | § | CIVIL ACTION NO. 1:13-CV-600 |
| GIDEON A. DANIEL, P.A., *et al.*, | § | |

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, James Gordon Leonard, an inmate confined at the Mark Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendants Gideon A. Daniel, P.A., and L. Midkiff, R.N.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's motion for partial summary judgment requesting costs and expenses for serving the defendants be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

As outlined by the Magistrate Judge, the present record reflects there is good cause not to impose costs on the defendants as it appears they never received the waiver of service documents. The Court declines plaintiff's invitation to impute service of the waiver documents on the defendants based on plaintiff's unsupported belief that someone within TDCJ interfered with the mail.

## ORDER

Accordingly, the objections of plaintiff are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**.

So **ORDERED** and **SIGNED** this **16** day of **March, 2016.**

_____
Ron Clark, United States District Judge